

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NORTHEAST REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 4300
NEW YORK, NEW YORK 10281-1022

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 27 2005 ★

BROOKLYN OFFICE

WRITER'S DIRECT DIAL
STEPHANIE D. SHULER
Tel: (212) 336-0166
Fax: (212) 336-1348

December 13, 2005

**BY HAND**

Hon. Jack B. Weinstein
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Settled.
Close the case
12/14/05

Re: *SEC v. Friedman's Inc.*, 05 Civ. 5516 (JW)

Dear Judge Weinstein:

The staff of the Securities and Exchange Commission submits this letter to inform the Court that on Friday, December 9, 2005, the United States Bankruptcy Court for the Southern District of Georgia approved the proposed settlement in this matter. I enclose a copy of the Bankruptcy Court's Order Authorizing Debtor's Entry Into, And Payment Of, Settlements With The Securities And Exchange Commission And The United States Attorney's Office For The Eastern District Of New York. The Commission staff respectfully requests that the Court enter the Final Judgment that was filed on November 28, 2005.

If you have any questions about this matter or require any additional information, please contact me at (212) 336-0166, Bruce Karpati at (212) 336-0104 or Eva Kolb at (212) 336-0113.

Sincerely,

Stephanie D. Shuler
Branch Chief

Enclosures

cc:    Lawrence Byrne, Esq. (w/ encl/; by fax and Fedex)

